UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GRECU, | No. C-07-0780 EMC |
| Petitioner, | |
| v. | **ORDER RE CHAMBERS COPIES** |
| WARDEN M.S. EVANS, | |
| Respondent. _____/ | |

Under General Order 45 and this Court's standing order, a chambers copy of a paper filed with the Court must be provided no later than noon on the next business day after the document is filed. Because Petitioner is represented by Court-appointed counsel, and counsel is located in Washington, D.C., application of the General Order and standing order here would require counsel to incur not insignificant expedited mailing costs (*e.g.*, Federal Express). Accordingly, the Court hereby **GRANTS** Petitioner relief from General Order 45 and the standing order. More specifically, the Court shall only require next-day chambers copies for substantive documents for which there is a scheduled hearing in 14 days or less. For all other documents, Petitioner may use regular mail.

IT IS SO ORDERED.

Dated: February 22, 2012

_____
EDWARD M. CHEN
United States District Judge