**United States District Court**
For the Northern District of California

1
2
3
4
5                            UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8   DAVID B. GRECU,                              No. C-07-0780 EMC
9              Petitioner,
10         v.                                    **ORDER RE CHAMBERS COPIES**
11  WARDEN M.S. EVANS,
12             Respondent.
                                            /
13
14
15         Under General Order 45 and this Court's standing order, a chambers copy of a paper filed
16  with the Court must be provided no later than noon on the next business day after the document is
17  filed.  Because Petitioner is represented by Court-appointed counsel, and counsel is located in
18  Washington, D.C., application of the General Order and standing order here would require counsel
19  to incur not insignificant expedited mailing costs (*e.g.*, Federal Express).  Accordingly, the Court
20  hereby **GRANTS** Petitioner relief from General Order 45 and the standing order.  More specifically,
21  the Court shall only require next-day chambers copies for substantive documents for which there is a
22  scheduled hearing in 14 days or less.  For all other documents, Petitioner may use regular mail.
23
24         IT IS SO ORDERED.
25
26  Dated:  February 22, 2012
27                                            _____
                                              EDWARD M. CHEN
28                                            United States District Judge