1 | COUNSEL LISTED ON SIGNATURE PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. GRECU, | Case No. 3:07-cv-00780-EMC |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER GRANTING MOTION BY PETITIONER TO ACCEPT LATE FILING OF DECLARATION** |
| vs. | |
| MICHAEL S. EVANS, Warden | |
| Respondent. | |

**STIPULATION**

This matter comes before the Court on the Motion of Petitioner, pursuant to Civil Local Rules 7-11 and 7-12, to accept the late filing of the Declaration of Henry C. Su (No. 70). Respondent does not object to the administrative relief sought by Petitioner, and so this matter is being respectfully submitted by stipulation.

[Proposed] Order Mot. to Appear by Telephone
Case No. 3:07-cv-00780-EMC

| | | |
|---|---|---|
| 1 | Dated: June 1, 2012 | Respectfully submitted, |

By: _____/s/ Henry C. Su_____
              Henry C. Su

HENRY C. SU
State Bar No. 211202
P. O. Box 61061
Potomac, Maryland 20859
(650) 430-2754
Email: Henry.C.Su@gmail.com
*Attorneys for Petitioner*


By: _____/s/ Jill M. Thayer_____
              Jill M. Thayer

KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER
Deputy Attorney General
State Bar No. 166428
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5954
Fax: (415) 703-1234
E-mail: Jill.Thayer@doj.ca.gov
*Attorneys for Respondent*

**FILER'S ATTESTATION**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of this Stipulation was obtained from Jill M. Thayer, the other signatory, by e-mail on June 1, 2012.

Dated: June 1, 2012

By: _____/s/ Henry C. Su_____
              Henry C. Su

[Proposed] Order Mot. to Appear by Telephone
Case No. 3:07-cv-00780-EMC    -2-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:  June 6, 2012

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

[Proposed] Order Mot. to Appear by Telephone  -3-
Case No. 3:07-cv-00780-EMC