COUNSEL LISTED ON SIGNATURE PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. GRECU, | Case No. 3:07-cv-00780-EMC |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER GRANTING MOTION BY PETITIONER TO ACCEPT LATE FILING OF DECLARATION** |
| vs. | |
| MICHAEL S. EVANS, Warden | |
| Respondent. | |

**STIPULATION**

This matter comes before the Court on the Motion of Petitioner, pursuant to Civil Local Rules 7-11 and 7-12, to accept the late filing of the Declaration of Henry C. Su (No. 70). Respondent does not object to the administrative relief sought by Petitioner, and so this matter is being respectfully submitted by stipulation.

[Proposed] Order Mot. to Appear by Telephone
Case No. 3:07-cv-00780-EMC

| | |
|---|---|
| Dated: June 1, 2012 | Respectfully submitted, |
| | By:     /s/ Henry C. Su<br>Henry C. Su |
| | HENRY C. SU<br>State Bar No. 211202<br>P. O. Box 61061<br>Potomac, Maryland 20859<br>(650) 430-2754<br>Email: Henry.C.Su@gmail.com<br>*Attorneys for Petitioner* |
| | By:     /s/ Jill M. Thayer<br>Jill M. Thayer |
| | KAMALA D. HARRIS<br>Attorney General of California<br>PEGGY S. RUFFRA<br>Supervising Deputy Attorney General<br>JILL M. THAYER<br>Deputy Attorney General<br>State Bar No. 166428<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5954<br>Fax: (415) 703-1234<br>E-mail: Jill.Thayer@doj.ca.gov<br>*Attorneys for Respondent* |

**FILER'S ATTESTATION**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of this Stipulation was obtained from Jill M. Thayer, the other signatory, by e-mail on June 1, 2012.

Dated: June 1, 2012

By:     /s/ Henry C. Su
        Henry C. Su

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: June 6, 2012

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[Proposed] Order Mot. to Appear by Telephone   -3-
Case No. 3:07-cv-00780-EMC