COUNSEL LISTED ON SIGNATURE PAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. GRECU,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL S. EVANS, Warden<br><br>　　　　Respondent. | Case No. 3:07-cv-00780-EMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER GRANTING MOTION BY<br>PETITIONER'S COUNSEL FOR<br>LEAVE TO PARTICIPATE IN THE<br>CASE MANAGEMENT CONFERENCE<br>BY TELEPHONE**<br><br>Further Case Management Conference<br>Date: Tuesday, October 16, 2012<br>Time: 10:30 a.m.<br>Room: Courtroom No. 5, 17th Floor |

**STIPULATION**

This matter comes before the Court on the Motion of Petitioner's counsel, pursuant to Civil Local Rules 7-11 , 7-12 and 16-10(a) of this Court, for leave to participate in the October 16, 2012 case management conference set for this case by telephone. Respondent does not object to the administrative relief sought by Petitioner, and so this matter is being respectfully submitted by stipulation.

In support of this request, Petitioner's counsel states as follows:

(1)　As the Court is already aware (*see* February 22, 2012 Order re Chambers Copies, Dkt. No. 56), Petitioner's counsel is court-appointed pursuant to the Criminal

1 | Justice Act, and is now located in Washington, DC.

2 |     (2)    If Petitioner's counsel were allowed to participate in the upcoming case
3 | management conference by telephone, it would obviate the need to arrange for roundtrip
4 | air travel between Washington, DC and San Francisco, California, and it would thereby
5 | conserve scarce Criminal Justice Act funds (not to mention, taxpayer dollars) for other
6 | case-related needs.

7 | Dated: October 9, 2012                  Respectfully submitted,

9 | By:    /s/ Henry C. Su
          Henry C. Su

HENRY C. SU
State Bar No. 211202
P. O. Box 61061
Potomac, Maryland 20859
(650) 430-2754
Email: Henry.C.Su@gmail.com
*Attorneys for Petitioner*

By:    /s/ Jill M. Thayer
          Jill M. Thayer

KAMALA D. HARRIS
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER
Deputy Attorney General
State Bar No. 166428
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5954
Fax: (415) 703-1234
E-mail: Jill.Thayer@doj.ca.gov
*Attorneys for Respondent*

**FILER'S ATTESTATION**

As required by General Order No. 45, § X.B, I hereby attest that concurrence in the filing of this Stipulation was obtained from Jill M. Thayer, the other signatory, by e-mail on October 8, 2012.

Dated: October 9, 2012

By: /s/ Henry C. Su
Henry C. Su

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Courtroom Deputy will contact Petitioner's counsel at (650) 430-2754 and conference him in.

Dated: 10/15/12

EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE