Henry C. Su (SBN 211202)
Henry.C.Su@gmail.com
P. O. Box 61061
Potomac, MD  20859
Telephone: (650) 430-2754

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID B. GRECU,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL S. EVANS, WARDEN,<br><br>    Respondent. | Case No.: 3:07-cv-00780-EMC<br><br>**STIPULATION & [P~~ROP~~OSED] ORDER TO CHANGE TIME TO FILE TRAVERSE AND TO VARY THE CASE MANAGEMENT CONFERENCE DATE**<br><br>**Case Management Conference**<br><br>**Date/Time: October 8, 2013, 2:30 p.m.**<br><br>**Courtroom: No. 5, 17th Floor** |

   Petitioner, David B. Grecu, and Respondent, M.S. Evans, by their respective counsel and pursuant to Civil Local Rule 7–12 of this Court, hereby stipulate and request that the Court order the following administrative relief:

   (1)   In accordance with Civil Local Rule 6–2, changing the deadline for
         Petitioner to file his traverse from September 16, 2013, to October 23,

2013, for the reasons set forth in the accompanying Declaration of Petitioner's counsel; and

(2) In accordance with Civil Local Rule 16–2(e), varying the date and time of the subsequent case management conference from October 8, 2013, 2:30 p.m., to November 14, at 10:30 a.m., in Courtroom 5, 17th Floor, with a case management statement then being due from the parties on or before November 7, 2013. The proposed new date and time was provided to counsel for the parties by the Court's deputy clerk.

Dated this 1st of October 2013.

        Respectfully submitted,

        /s/ Henry C. Su
        Henry C. Su

        Attorney for Petitioner David B. Grecu


        /s/ Jill M. Thayer
        Jill M. Thayer

        Attorney for Respondent M.S. Evans

**Filer's Attestation under Civil Local Rule 5–1(i)(3)**

I hereby declare under penalty of perjury and 28 U.S.C. § 1746 that concurrence in the filing of this Stipulation and [Proposed] Order was obtained in advance from Jill M. Thayer, Esq., the other signatory to the Stipulation.

Executed on this 1st day of October 2013.

/s/ Henry C. Su
Henry C. Su

Attorney for Petitioner David B. Grecu

**ORDER**

Pursuant to stipulation, and for good cause shown, it is SO ORDERED. Petitioner's traverse shall now be due on or before Wednesday, October 23, 2013. The case management conference is hereby rescheduled for Thursday, November 14, 2013, at 10:30 a.m., in Courtroom 5, 17th Floor, and the parties shall file a case management statement on or before November 7, 2013.

Dated:   10/3/13



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER TO CHANGE TIME TO FILE TRAVERSE AND TO VARY THE CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:07-CV-00780-EMC         - 3 -