UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GRECU,<br><br>       Petitioner,<br><br>    v.<br><br>M.S. EVANS, WARDEN,<br><br>       Respondent.<br>_____/ | No. C-07-0780 EMC<br><br>**ORDER RE EXHIBITS TO RESPONDENT'S ORDER TO SHOW CAUSE RESPONSE** |

Respondent's response to this Court's Order to Show Cause was filed on July 3, 2013. Dkt. No. 91. The response was accompanied by thirteen exhibits, exhibits which included the briefing in Petitioner's state court habeas proceedings. Dkt. No. 92. In reviewing these submissions, the Court noted that Respondent had failed to attach the exhibits to the Return to Petition for Writ of Habeas Corpus filed by the Respondent during Petitioner's state habeas proceedings (Case No. CR 5701).

In July 2014, the Court contacted both parties, and requested that the Respondent acquire the exhibits in question from the Santa Cruz County Superior Court and to submit them to the Court to complete the record. As of this date, the exhibits have not been filed. Respondent is **ORDERED** to file the requested exhibits by **Friday, October 3, 2014**. If these exhibits are not filed by this date, the Court will deem the record complete and issue an order on the basis of the current record.

IT IS SO ORDERED.

Dated: September 19, 2014

_____
EDWARD M. CHEN
United States District Judge