UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GRECU,<br><br>        Petitioner,<br><br>    v.<br><br>M.S. EVANS, WARDEN,<br><br>        Respondent.<br>_____/ | No. C-07-0780 EMC<br><br>**ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 122) |

On October 22, 2014, this Court issued an order denying Petitioner's petition for habeas corpus. In that order, the Court failed to indicate if it was issuing or denying a certificate of appealability, and Petitioner has now filed a motion for issuance of a certificate of appealability. *See* 28 U.S.C. § 2254, R. 11(a) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").

A certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated: November 13, 2014

                                              _____
                                              EDWARD M. CHEN
                                              United States District Judge